UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:05-cr-00170-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | July 10, 2006 |
| JOENATHAN CLAYTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is a request from U. S. Probation office to quash Petition on Probation and Supervised Release (Doc. #5) based on Defendant's Reno Municipal Court case having been dismissed on grounds of insufficient evidence.

Good cause appearing, Petition on Probation and Supervised Release (Doc. #5) is quashed and dismissed without prejudice.   The final hearing scheduled for August 17, 2006, at 11:00 a.m. (Doc. #11) is hereby vacated.

LANCE S. WILSON, CLERK

By:         /s/
              Deputy Clerk